# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAIMON MONROE,<br><br>   Petitioner,<br><br> v.<br><br>WARDEN WILLIAMS, et al.,<br><br>   Respondents. | Case No. 2:18-cv-01491-GMN-PAL<br><br>**ORDER** |

Petitioner commenced this action with an incomplete application to proceed in forma pauperis. The court denied that application and directed petitioner either to file a complete application, with the statement of his account and the financial certificate signed by the correct prison official, or to pay the filing fee of five dollars ($5.00). ECF No. 4. Petitioner has filed another application to proceed in forma pauperis (ECF No. 5), which again is incomplete, and a motion asking the court to grant him forma pauperis status (ECF No. 6). In the motion, petitioner states that he has the money to pay the filing fee, and he asks the court to take it. The court does not take money out of petitioner's account. Petitioner needs to send a "brass slip" to the financial office so that they can send the filing fee from petitioner's account to the court.

IT THEREFORE IS ORDERED that the application to proceed in forma pauperis (ECF No. 5) and the motion asking the court to grant him forma pauperis status (ECF No. 6) are **DENIED**. Petitioner shall have thirty (30) days from the date that this order is entered to have

1

the filing fee of five dollars ($5.00) sent to the clerk of the court.  Failure to comply will result in the dismissal of this action.

       IT FURTHER IS ORDERED that the clerk of the court shall send petitioner two copies of this order.  Petitioner is ordered to make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED: October 4, 2018

_____
GLORIA M. NAVARRO
Chief United States District Judge