# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAIMON MONROE, | Case No. 2:18-cv-01491-GMN-PAL |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN WILLIAMS, et al., | |
| Respondents. | |

Petitioner has filed a "Motion Explaining Filing Fees" (ECF No. 9), filled with explanations why he has not yet paid the filing fee. The court notes simply that if petitioner is relying on a friend to come to the courthouse to pay the filing fee,[1] then perhaps petitioner does not have the funds to pay the filing fee. The court will give petitioner one more opportunity to file an application to proceed in forma pauperis with all the required documents.

IT THEREFORE IS ORDERED that petitioner's "Motion Explaining Filing Fees" (ECF No. 9) is **GRANTED** to the extent that petitioner asks for more time to resolve the filing-fee matter.

///

///

---

[1] To date, the court has not received the filing fee. It is possible that petitioner's friend went to the wrong courthouse. Four courthouses sit within a few blocks of each other.

1

IT FURTHER IS ORDERED that petitioner shall file another application for leave to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account. The clerk of the court shall send petitioner a blank application form for incarcerated litigants. In the alternative, petitioner shall make the necessary arrangements to pay the filing fee of five dollars ($5.00), accompanied by a copy of this order. Petitioner shall have thirty (30) days from the date that this order is entered to comply. Failure to comply will result in the dismissal of this action.

DATED: December 7, 2018

_____
GLORIA M. NAVARRO
Chief United States District Judge