# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAIMON MONROE, | Case No. 2:18-cv-01491-GMN-PAL |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN WILLIAMS, et al., | |
| Respondents. | |

The court directed petitioner to pay the filing fee. ECF No. 12. Petitioner has not paid the filing fee within the allotted time. Petitioner has repeatedly failed to pay the filing fee, despite the court giving him multiple opportunities to pay it. ECF No. 4, ECF No. 8, ECF No. 10. The court will dismiss the action. The dismissal will be without prejudice, but the court makes no statement regarding the timeliness of a later filed action.

Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

IT THEREFORE IS ORDERED that this action is **DISMISSED** without prejudice for petitioner's failure to pay the filing fee. The clerk of the court shall enter judgment accordingly and close this action.

///

///

IT FURTHER IS ORDERED that a certificate of appealability will not issue.

DATED: March 26, 2019

_____
GLORIA M. NAVARRO
Chief United States District Judge