# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAIMON MONROE,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN WILLIAMS, et al.,<br><br>    Respondents. | Case No. 2:18-cv-01491-GMN-PAL<br><br>**ORDER** |

Respondents having filed a motion for enlargement of time (first request) (ECF No. 23), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (first request) (ECF No. 23) is **GRANTED**. Respondents will have up to and including October 29, 2019, to file a response to the petition (ECF No. 19).

DATED: September 4, 2019

_____
GLORIA M. NAVARRO
United States District Judge