# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAIMON MONROE, | Case No. 2:18-cv-01491-GMN-PAL |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN WILLIAMS, et al., | |
| Respondents. | |

Respondents having filed a motion for enlargement of time (second request) (ECF No. 25), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (second request) (ECF No. 25) is **GRANTED**. Respondents will have up to and including December 13, 2019, to file a response to the petition (ECF No. 19).

DATED: October 29, 2019

GLORIA M. NAVARRO
United States District Judge