# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAIMON MONROE,<br><br>        Petitioner,<br><br>   v.<br><br>WARDEN WILLIAMS, et al.,<br><br>        Respondents. | Case No. 2:18-cv-01491-GMN-PAL<br><br>**ORDER** |

Respondents having filed a motion for enlargement of time (third request) (ECF No. 28), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (third request) (ECF No. 28) is **GRANTED**. Respondents will have up to and including December 20, 2019, to file exhibits in support of the motion to dismiss (ECF No. 27).

DATED: December 13, 2019

_____
GLORIA M. NAVARRO
United States District Judge